OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TX  76180-6608
(817)770-8500
FAX(817)498-1362

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: ANTHONY PETER WELKER | § § § § § | CASE NO: 19-43657-MXM |
| DEBTOR | | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| ANTHONY PETER WELKER<br>1941 COOPER MOUNTAIN DR<br>JUSTIN, TX  76247 | 08/27/2020 | $1,092.80 |

/s/  Tim Truman
Tim Truman, Standing Chapter 13 Trustee
Bar No. 20258000

NOTICE TO DEBTOR:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO THE FUNDS.

ANTHONY PETER WELKER
1941 COOPER MOUNTAIN DR
JUSTIN, TX  76247

ANTHONY PETER WELKER
1941 COOPER MOUNTAIN DR
JUSTIN, TX  76247

Case No: 19-43657-MXM  ANTHONY PETER WELKER

Notice to Deposit Unclaimed Funds to the United States Treasury  Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served on the parties listed below in the manner listed below on or before 11/18/2020:

/s/ Tim Truman
Standing Chapter 13 Trustee

**BY FIRST CLASS MAIL:**

ANTHONY PETER WELKER, 1941 COOPER MOUNTAIN DR, JUSTIN, TX 76247-0000

**ELECTRONIC SERVICE:**

STEELE LAW FIRM PLLC, 3629 LOVELL AVE #100, FORT WORTH, TX 76107
SYNCHRONY BANK, C/O PRA RECEIVABLES MANAGEMENT, PO BOX 41021, NORFOLK, VA 23541
CODILIS AND MOODY, 400 N SAM HOUSTON PKWY E #900A, HOUSTON, TX 77060
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
ATLAS ACQUISITIONS LLC, 210 RIVER ST STE 23, HACKENSACK, NJ 07601
RIDDLE & WILLIAMS P C, 3811 TURTLE CREEK BLVD STE 500, DALLAS, TX 75219
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242